Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

FILED
2024 APR 25 P 3:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

Glenda Charise Wright
_____
Plaintiff
(Write your full name. No more than one plaintiff may be named in a pro se complaint.)

-v-

Bucee's
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:24-CV-525-LCB
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

   A. The Plaintiff(s)

      Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

      Name: Glenda Charise Wright
      Street Address: 334 Clutts Rd Apt. D1
      City and County: Harvest
      State and Zip Code: Alabama
      Telephone Number: 251 648 3883
      E-mail Address: godisgood2me_allthetime@yahoo.com

☑ Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.

4-25-24                _[signature]_ wish to Recieve Mail
Date                    Participant Signature

B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: Bucee's
  Job or Title *(if known)*:
  Street Address: 2328 Linsey Lane South
  City and County: Athens
  State and Zip Code: Alabama
  Telephone Number:
  E-mail Address *(if known)*:

Defendant No. 2
  Name:
  Job or Title *(if known)*:
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address *(if known)*:

Defendant No. 3
  Name:
  Job or Title *(if known)*:
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address *(if known)*:

Defendant No. 4
   Name
   Job or Title *(if known)*
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address *(if known)*

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

   Name — Bucee's
   Street Address — 2328 Linsey Lane
   City and County — Athens
   State and Zip Code — Alabama
   Telephone Number

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*: Retaliation for my complaint made against other Staff members including Management.

☐ Relevant state law *(specify, if known)*: _____

☐ Relevant city or county law *(specify, if known)*: _____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☐ Failure to promote me.
☑ Failure to accommodate my disability.
☑ Unequal terms and conditions of my employment.
☑ Retaliation.
☐ Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

(Lighthouse respond .com)

Formally Documented 7-16-23 Report # 9053 6440

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.
☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

A complaint was made against fellow employee's with Lighthouse responsecom due to intential behavior targeting me. After Submitting a request for Reasonible Accomodations which was deliberately ignored even after understanding the Health Issues surrounding my needs. Documentation wasn't sufficent under no Circumstances Causing more physical damage to my Knee. No level of management has made any Effective effort to Help meeting the Physical Needs due to Disability.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

1-31-23

B. The Equal Employment Opportunity Commission *(check one)*:

- [ ] has not issued a Notice of Right to Sue letter.
- [x] issued a Notice of Right to Sue letter, which I received on *(date)* 1-31-24.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Maximum limits of the State of Alabama Federal law. Actual Damages should be considered for Bucee's failure to abide by Federal Guidelines when hiring a Disabled individual.

Punative Damages should also be awarded due to the Collective effort used by Bucee's staff targeting / Retaliating against me due to a formal Complaint. which caused major complications to my Physical body which Could have been eliminated with proper seating.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-25-24

Signature of Plaintiff _Glenda C. Wright_
Printed Name of Plaintiff Glenda C. Wright

**B.** **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Birmingham District Office

Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Direct Dial: (205) 651-7020
FAX (205) 212-2105
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/31/2024

**To:** Glenda C. Wright
334 Clutts Rd., Apt D1
Harvest, AL 35749

Charge No: 420-2023-03819

EEOC Representative and email:   Wesley Berta
Federal investigator
wesley.berta@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 420-2023-03819.

On behalf of the Commission,

C. Austin Harris
Digitally signed by C. Austin Harris
Date: 2024.01.31 09:13:54 -06'00'

For: Bradley A. Anderson
District Director

**Cc:**
Christina Gonzalez
2328 Linsey Lane South
Athens, AL 35613

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 420-2023-03819 to the

District Director at Bradley A. Anderson, 1130 22nd Street South Suite 2000, Birmingham, AL 35205.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 420-2023-03819 to the District Director at Bradley A. Anderson, 1130 22nd Street South Suite 2000, Birmingham, AL 35205.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability**

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.
- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
- ✓ **Only one** major life activity need be substantially limited.
- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications)

Enclosure with EEOC Notice of Closure and Rights (01/22)

> **are not considered** in determining if the impairment substantially limits a major life activity.
>
> ✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.
>
> ✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- ✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
- ✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.
- ✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity, or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability. For more information, consult the amended regulations and appendix, as well as explanatory publications, available at <u>http://www.eeoc.gov/laws/types/disability_regulations.cfm</u>.*

EEOC Form 5 (11/09)

|  | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 420-2023-03819 |

and EEOC

_State or local Agency, if any_

| I Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Glenda C. Wright |  |  |

**Street Address**

334 Clutts Rd apt D1

HARVEST, AL 35749

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| buc-ee's | 15 - 100 Employees |  |

**Street Address**

2328 Linsey Lane South

ATHENS, AL 35613

| Name | No. Employees, Members | Phone No. |
|---|---|---|
|  |  |  |

Street Address     City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |  |
|---|---|---|
|  | Earliest | Latest |
| Disability, Race, Retaliation | 05/25/2023 | 10/26/2023 |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a 45 yr old African American female with a disability. I began working for the above-named employer on May 25, 2023. I Applied for Bookkeeper, but offered Cashier due to Bookkeeper position no longer being available per Ryan (African American). Ryan then went over Opportunity for Growth, $20hr Pay rate & Holiday Pay, Policy & Part-time scheduling. He did Not explain the full Job Description/Duties of a cashier, I was told Appearance & Communication was Key. I asked Ryan was my hair color Sufficient according to Policy I was told Yes and Warned about the exact Hair later by Kristina and Lauren. Soon after my hire, I have reason to believe a Younger European American was hired in as Bookkeeper Charlie (European American).

Meanwhile, as a Cashier 1 night i was standing in the Timeclock line approximately three weekends later, I noticed a bug crawling on a co-worker (Jessica). Christina (European American) another co-worker knock it off, The Next night a bug appeared on Jessica again, through visibility at this point I was positive it was a Bedbug. Clocking in and reporting to the Cashiering Lane not one employee spoke to me, not even a Hello or Good Evening normal most times and in most cases. Kristina then came to Lane 4 asking me to relieve a Cashier for break on Lane 3 with Jessica, I refused and disclosed the Bedbug situation to Kristina and Drew who did nothing about it. After our Shift was over, in the parking area I saw Jessica and

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Glenda C. Wright**<br><br>01/30/2024<br><br><br>_Charging Party Signature_ | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Page 1 of 4

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | EEOC | 420-2023-03819 |

and EEOC

_State or local Agency, if any_

asked her could i speak to her about something without offending her, so i told her myself about the Bedbugs because I was concerned she wasn't aware. The very next Night Jessica approached me at the time clock line, thanking me for informing her of the issue, and confirming their was Bedbugs on her. Somehow it was Reported to Management (Ryan) that I had Smeared bedbug Information to other Staff and Jessica was Embarrassed and Shameful to return to work. Kristina and Drew (European American Management) was the only Employee's who were ever aware of the Bedbugs. The following night, I asked Manager Kelsey (European American) can I speak with her about Kristina mistreatment and DISREGARDING me, I did and soon after, Kelsey's attitude toward me changed as well. When clocking in and reporting to the Assigned register the following weekend I was asked by Drew (European American) to go to the front office where Ryan & Kristina was waiting giving the impression I was going to be Discharged, due to the results of the investigation and a Customer Conflict. Ryan addressed me stating, "there was Never A Bedbug issue", and "You're full of Drama". Ryan also addressed the Customer Conflict where Kristina gave Fabricated False Facts to Fan the Fumes of my Firing. I immediately informed Ryan of the True Facts, which then ended in an understanding and me returning to my duties. At this point Kristina was Driven in getting me in trouble, until I'd be sent to the office after Heavy Observation of Hair, Nails, etc. Misinformation given to Ryan also was designed by Kristina to (Sabotage) my Character, Job & Credibility. DREW (European American) already had mentioned to me, " They're trying to Sabotage Your Job Glenda". Kristina then began to Express her Favoritism toward Jessica and other European American co-workers in my presence Maliciously.  Drew, also stating to me, "Get on out of here, Nobody like you anymore anyway".  Around June 30, 2023, I submitted a Doctor's Recommendation for Reasonable Accommodations to Christina, who gave it to Kristina which in turn gave it to Lori. Lori and Kelsey then called me in to Speak about Chris (African American) Physical Attack on me with a Towel at my Work Station, stating I told him I would Call my sons on him for hitting me which was false. Lori shared my Private information (Doctors Note) about my Health with Kelsey (Same manager later told me to sit on the floor for my 20 minute break) Lori knew about them Taunting/Harassing me due to my Race, Disability, Age & Religion and still Allowed her to Handle/Read & Scan my Document into Corporate Database granting her knowledge of Personal information to use against me with Co-workers.  Example: Drew's recommendations under Special Work Instruction spoken to me was "Don't Die". Lori was well informed of my concern for needing medical attention and not being confident my Management Team would seek Help for me if I needed it. I then was Asked by Kelsey to supply another Letter concerning my second Request for Seating Accommodations. At this point, I was being denied Breaks Only By Kristina Not Granting My Accommodation break times as needed and as instructed by physician during my shift. When I did ask can i break? she then asked me, "am i ready to go home"? Kristina taunted me the Most with the Seating Ability only when She Alone allows against Company Policy. I then provided the Second Doctor's Note which at this point from May 25, 2023 I've only sat during my 20 minute Break maybe 2-3 times if Allowed by Kristina Only. On July 16, 2023 I then realized I was hired to work for a company, however it's operating under a Personal Enterprise which consist of Most Management even the District Manager to Team Leads and ordinary Employees.  I also filed a much needed complaint with, "Lighthouse" the Employee Hotline indicating obvious Discrimination, Physical Assault, and Retaliation. Informing them I was being Shunned, Targeted, Singled Out, etc. by my European & Specific African American Management and a African American co-worker. It was Insinuated by Ryan to Kristina I was a Cougar enhancing her Jealousy displayed toward me, I've heard Ryan mockery surrounding my Biblical Beliefs, jokingly Quoting Scriptures as a Antagonizing approach, as well as Mocked by other Staff Kim (European American) who was encouraged to ask me to Pray that More customers come in to the store, while I'm preparing to go for break, in the presence of other employees. Which Forced me to Work in an Extremely Hostile Work Environment even with Management being an Asset, Kristina comfortably stated to me, "all us Employees are Friends with Jessica what do I expect"??? Kristina also encouraged the behavior of ordinary Staff, afterwards Management were included in a Personal Cheer in unison for Jessica when she entered for Work.  Ryan Specifically spoke to me about His Perception of Jessica being Great in our final meeting when his investigation ended in Jessica Never Would Do anything to me, Not Jessica" but it was Proven numerous occasions Jessica & Others were antagonizing me while Working. Twice I Left early because of this Deliberate Provoking behaviors. Drew even told Lori I was leaving work before I lose my Temper and I Suffered a Migraine.

After having a discussion with Micheal about my Accommodations & Management behavior (District Manager) told me," it was impossible to believe my accusations about his Management team being he Hand picked them Himself".  The Harassment increased and continued during Mostly every Work Shift from Taunting, Deliberate Provoking Behavior, Physical/Mental Strain All while disregarding my Reasonable Request for Personal Reasons. These Facts surrounding my Physical/Mental state became so intolerable, I was Forced to quit.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Glenda C. Wright**<br><br>01/30/2024<br><br><br>_Charging Party Signature_ | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(_month, day, year_) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>420-2023-03819 |
|---|---|---|

_State or local Agency, if any_  and EEOC

I believe I have been forced to constructively discharge due to my Age, Race, & Disability, Harassment in the Work Place and my Request for Reasonable Accommodations in Violation of Title VII and the ADA.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Glenda C. Wright**<br>**01/30/2024**<br><br>_Charging Party Signature_ | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(_month, day, year_) |

Page 3 of 4

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



**UAB MEDICINE**
*Division of Clinical Immunology and Rheumatology*

June 30, 2023

Re: Glenda Wright
DOB: May 20, 1978

Mrs. Wright is a patient [...] Clinic of UAB. Mrs. Wright [...] Rheumatology Clinic at The Kirklin [...]

Based on my current evaluation, it is recommended [...] physical/manual labor. She should be able to stock shelves chest height or lower, sweeping and mopping. She should avoid heavy lifting over 20 pounds and reaching over her head as much as possible. She should also be allowed to have breaks as needed during her shift.

Please feel free to contact my office with any questions.

sincerely,

Dr. Jasvinder Singh
Professor of Medicine and Epidemiology
Division of Clinical Immunology and Rheumatology

JS/gmr

Kirklin Clinic of UAB



**Advance Professional**

Reported Formally 4-16-23

Company's Immediate Danger? No

Report # 9053644@
Case

Website Login with Pin # 5050

All Access website
lighthouseresponse.com

Sent from Yahoo Mail for iPad